**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | **NO. 3: 05-CR-9 (CAR)** |
| **DEXTRELL TREMELL CALLAWAY,** | RE: SUPERVISED RELEASE VIOLATIONS |
| Supervised Releasee | |

# O R D E R

**DEXTRELL TREMELL CALLAWAY**, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for a Detention Hearing and a Preliminary Hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure.

Upon consideration of the government's request for the detention of the **SUPERVISED RELEASEE** pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), and also in light of findings this day made by the undersigned in an Order of Detention Pending Trial in Case No. 3:09-CR-44 (CAR), the court finds that release from custody at this time is inappropriate in this case.  Mr. Callaway is alleged to have violated his supervised release by committing new felony offenses as alleged in an indictment returned by a grand jury in Athens-Clarke County, Georgia on November 24, 2009, charging him with RAPE, AGGRAVATED ASSAULT (2 cts.), FALSE IMPRISONMENT, and POSSESSION OF A FIREARM DURING COMMISSION OF A FELONY.  The probable cause requirement of Rule 32.1 of the Federal Rules of Criminal Procedure has been satisfied by the return of this true bill of indictment.

Accordingly, IT IS ORDERED AND DIRECTED that **DEXTRELL TREMELL CALLAWAY** be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the Honorable C. Ashley Royal, district judge, for a **FINAL HEARING** as directed by Judge Royal.  The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 6th day of JANUARY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE